IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN R. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-cv-0929-MJR-PMF |
| ) | |
| HAAS ENVIRONMENTAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING SETTLEMENT
## AND IMPENDING DISMISSAL

**REAGAN, District Judge:**

Having been advised by Magistrate Judge Frazier that the parties have settled the above-captioned action in its entirety but time is needed to finalize settlement documents, the undersigned District Judge **DIRECTS** the Clerk of Court, 60 days after this Order is docketed, to **ENTER JUDGMENT OF DISMISSAL** with prejudice. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement within the 60-day period, they may – <u>before</u> that period expires – move to postpone entry of judgment. Due to the settlement, the Court **CANCELS** all settings herein.

IT IS SO ORDERED.

DATED February 16, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**